**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-01085-CMA-KLM

SERVPRO INTELLECTUAL PROPERTY, INC., and
SERVPRO INDUSTRIES, INC.,

     Plaintiffs,

v.

SNOW & ICE REMOVAL, LLC, d/b/a SERVICE PRO, and
KEITH SCHWARTZ,

     Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A) and the Stipulation for Entry of Order for Dismissal With Prejudice (Doc. # 12) signed by the attorneys for the parties hereto, it is

ORDERED that this case and all claims in this action are DISMISSED WITH PREJUDICE, upon the agreed terms contained in the parties' stipulation. Each party shall bear his or its own costs.

DATED:  August __13__, 2013

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Court Judge